# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL HAUGE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ADRIATIC INSURANCE Co., *et al.*,<br><br>　　　　Defendants. | Case No. 1: 12-cv-02009-LJO-BAM<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFFS** |

On March 21, 2013, the parties were scheduled to appear at a telephonic scheduling conference. (Doc. 17.) Plaintiffs were unreachable and the scheduling conference could not go forward.

Plaintiffs are ORDERED TO SHOW CAUSE, if any, why this Court should not impose sanctions for Plaintiffs' failure to appear at the telephonic scheduling conference. Plaintiffs shall respond to this Order to Show Cause, in writing, no later than noon on March 25, 2013. Failure to respond to this Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:　March 21, 2013　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1