# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AL HAUGE, *et al.*, | ) | 1: 12-cv-02009-LJO-BAM |
| Plaintiffs, | ) ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| ADRIATIC INSURANCE Co., *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

On March 21, 2013, the parties were scheduled to appear at a telephonic scheduling conference. (Doc. 17.) Plaintiffs were unreachable and the scheduling conference could not go forward. That same day, the Court issued an Order to Show Cause as to why Plaintiffs should not be sanctioned for their failure to appear at the hearing. (Doc. 19.)

On March 21, 2013, Plaintiff's counsel, Jason Green-Lowe, submitted a sworn declaration explaining his failure to attend the hearing was attributable to a lack of sleep resulting from his trial preparations in another case. (Doc. 20.) Mr. Green-Lowe represents his lack of sleep resulted in a calendaring error, and his co-counsel could not participate in the scheduling conference due to illness. *Id.*

/././

1   Having considered the declaration of counsel, the Court hereby DISCHARGES the
2   March 21, 2013 Order to Show Cause.
3   IT IS SO ORDERED.

4   **Dated:**   **March 25, 2013**          **/s/ Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE