UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL HAUGE, *et al.,* | CASE NO. 1: 12-cv-02009-BAM |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| ADRIATIC INSURANCE COMPANY, *et al.*, | |
| Defendants. _____ / | |

Plaintiffs have filed a Notice of Settlement indicating a settlement has been reached with Defendant Adriatic Insurance Company. (Doc. 26.) Pursuant to this Court's Local Rule 160(b), this Court ORDERS the parties, **no later than May 9, 2013,** to file appropriate papers to dismiss Defendant Adriatic Insurance Company from this action.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:  April 18, 2013               /s/ **Barbara A. McAuliffe**
                                                        UNITED STATES MAGISTRATE JUDGE