UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL HAUGE, *et al.*, | CASE NO. 1: 12-cv-02009-BAM |
| Plaintiffs, | **ORDER REQUIRING PLAINTIFFS TO DISMISS REMAINING DEFENDANT OR MOVE FOR DEFAULT JUDGMENT** |
| vs. | |
| ADRIATIC INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

On March 15, 2013, Plaintiffs sought a Clerk's Entry of Default against the remaining Defendant, Singh Amrit, which was granted on March 18, 2013. (Doc. 13, 15.) In Plaintiffs' Notice of Settlement with Defendant Adriatic Insurance Company, Plaintiffs represent they intend to seek default judgment against Defendant Amrit. (Doc. 26)

This Court ORDERS Plaintiffs to file a motion for default judgment or voluntarily dismiss Defendant Singh Amrit on or before **May 17, 2013.**

Plaintiffs are ORDERED to serve a copy of this Order on Defendant Amrit at 1415 Badger Flat Road, #B, Los Banos, CA 93635.

IT IS SO ORDERED.

Dated: April 18, 2013         /s/ **Barbara A. McAuliffe**
                              UNITED STATES MAGISTRATE JUDGE