# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| AL HAUGE, *et al.*,,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ADRIATIC INSURANCE COMPANY, *et al*.,<br><br>　　　　Defendants. | CASE NO. 1:12-CV-2009-BAM<br><br>**ORDER DISMISSING DEFENDANT ADRIATIC INSURANCE CO. ONLY** |

## ORDER

Based on Plaintiff's Notice of Voluntary Dismissal (Doc. 29), IT IS HEREBY ORDERED that only Defendant Adriatic Insurance Company be dismissed with prejudice from this action. The Clerk is directed NOT to close this action.

IT IS SO ORDERED.

　　Dated:  **May 10, 2013**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---
1
ORDER ON STIPULATION RE DISMISSAL