UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL HAUGE, *et al.,* <br><br>         Plaintiffs, <br><br> vs. <br><br> ADRIATIC INSURANCE COMPANY, *et al.*, <br><br>         Defendants. <br> _____ / | CASE NO. 1: 12-cv-02009-BAM <br><br> **ORDER DISMISSING ADRIATIC INSURANCE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE** |

   Pursuant to Adriatic Insurance Company's ("Adriatic") Request for Dismissal of Cross-Claim (Doc. 33), IT HEREBY IS ORDERED that Adriatic's Cross-Claim (Docket No. 11) be dismissed without prejudice as to all Cross-Defendants and claims asserted therein.

   IT IS SO ORDERED.

   **Dated:   June 4, 2013**              **/s/ Barbara A. McAuliffe**
                                                                  UNITED STATES MAGISTRATE JUDGE