# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL HAUGE, *et al.,* | CASE NO. 1: 12-cv-02009-BAM |
| Plaintiffs, | **ORDER DISMISSING ADRIATIC INSURANCE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE** |
| vs. | |
| ADRIATIC INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

Pursuant to Adriatic Insurance Company's ("Adriatic") Request for Dismissal of Cross-Claim (Doc. 33), IT HEREBY IS ORDERED that Adriatic's Cross-Claim (Docket No. 11) be dismissed without prejudice as to all Cross-Defendants and claims asserted therein.

IT IS SO ORDERED.

Dated: June 4, 2013             /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE