UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL HAUGE, MARK HAUGE,<br><br>         Plaintiff,<br><br>    v.<br><br>ADRIATIC INSURANCE COMPANY,<br> *et al.*,<br><br>         Defendants.<br>_____ / | Case No. 1: 12-cv-02009-BAM<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>**Date: May 29, 2014**<br>**Time: 9:00 a.m.**<br>**Dept.: 8 (BAM)** |

On April 18, 2014, this Court granted Plaintiffs' counsel motion to withdraw as attorney of record. Plaintiffs Al Hauge and Mark Hauge are individuals and have been substituted in in pro per. Defendant Adriatic Insurance Co has settled and been released. The remaining defendant has been defaulted.

The Court SETS a status conference for May 29, 2014 at 9:00 a.m. in Department 8 of this Court. At the status conference, plaintiffs Al Hauge and Mark Hauge should be prepared to discuss how they intend to proceed against the remaining defendant. If plaintiffs do not intend on proceeding in this case, they may file a voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(2).

<u>Failure to comply with this order may result in sanctions against plaintiffs, including dismissal of this case</u>.

IT IS SO ORDERED.

Dated:   **April 18, 2014**                            /s/ *Barbara A. McAuliffe*            
                                                                UNITED STATES MAGISTRATE JUDGE